IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:10-CR-53 |
| | ) | |
| VEREDA DESIREE RAITERI, | ) | (VARLAN/SHIRLEY) |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. On July 15, 2010, this matter came before the Court for a detention hearing. The Court also took up the Defendant's Motion to Substitute Counsel [Doc. 100], filed on July 6, 2010. Assistant United States Attorney David P. Lewen was present representing the Government. The defendant was present with newly retained counsel, John Sanford Young, III. Appointed counsel R. Alexander Brown was excused from the hearing.

At the Defendant's initial appearance and arraignment on June 7, 2010, this Court appointed [Doc. 17] Attorney Brown to represent her. In her motion, the Defendant states that she has now retained Attorney Young. At the July 15 hearing, the Defendant confirmed that she had retained Mr. Young and that she wants him to represent her instead of Mr. Brown. Mr. Young acknowledged that he had been retained. The Government stated that it had no objection to the substitution of Mr. Young for Mr. Brown. Based upon the Defendant's request for same, the Court **GRANTS** the

1

Defendant's Motion to Substitute of Counsel [**Doc. 100**].  Attorney Brown is allowed to withdraw from the case, and Attorney Young is hereby **SUBSTITUTED** as the Defendant's counsel of record.

**IT IS SO ORDERED.**

ENTERED: nunc pro tunc to July 15, 2010.

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge